**No. 59894.**—Colonna and Company, Inc. *v.* United States, protest 259192–K/14471 (New Orleans).

Opinion by JOHNSON, J.   An examination of the record failing to disclose any evidence sufficient to overcome the presumption of correctness attaching to the collector's action, the protest was overruled.